3
AE

# STATE OF TENNESSEE
## Department of Commerce and Insurance
### 500 James Robertson Parkway
### Nashville, TN 37243-1131
### PH - 615.532.5260, FX - 615.532.2788
### Jerald.E.Gilbert@tn.gov

FILED
JUL 15 2013
CIRCUIT COURT CLERK
BY_____D.C.

July 01, 2013

Massachusetts Bay Insurance Company          Certified Mail
100 North Parkway                            Return Receipt Requested
Worcester, MA  01605                         7012 1010 0002 9208 8074
NAIC # 22306                                 Cashier # 9742

Re:   Tenalok Partners Ltd   V.   Massachusetts Bay Insurance Company

      Docket # Ct-002684-13

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of
Commerce and Insurance was served July 01, 2013, on your behalf in connection with the
above-styled proceeding.  Documentation relating to the subject is herein enclosed.

Jerald E. Gilbert
Designated Agent
Service of Process

Enclosures

cc: Circuit Court Clerk
    Shelby County
    140 Adams Street, Rm 324
    Memphis, Tn 38103



EXHIBIT
A
_____

**(CIRCUIT/CHANCERY) COURT OF TENNESSEE**
**140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103**
**FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

## SUMMONS IN CIVIL ACTION

Docket No. _CT-002684-13_

- ● Lawsuit
- ○ Divorce

Ad Damnum $ 3,000,000

| TENALOK PARTNERS LTD | | MASSACHUSETTS BAY INSURANCE COMPANY |
|---|---|---|
| | VS | |
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

MASSACHUSETTS BAY INSURANCE COMPANY
c/o Commissioner of Insurance
500 James Robertson Parkway
Nashville, TN 37243

**Method of Service:**

- ○ Certified Mail
- ○ Shelby County Sheriff
- ⊘ Commissioner of Insurance ($)
- ○ Secretary of State ($)
- ○ Other TN County Sheriff ($)
- ○ Private Process Server
- ○ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on  J. Brandon McWherter                                        Plaintiff's attorney, whose address is  101 North Highland, Jackson, TN  38301                    , telephone    +1 (731) 664-1340 within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

TESTED AND ISSUED    _6/24/13_                    By  _DBerish_                        , D.C.

### TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a four thousand dollar ($4,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JIMMY MOORE / DONNA RUSSELL , Clerk of the Court,
Shelby County, Tennessee, certify this to be a true and
accurate copy as filed this

_6/24/13_

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

By: _DBerish_                    , D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the _____ day of _____, 20_____ at _____ M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____

_____                  By: _____
Signature of person accepting service                                          Sheriff or other authorized person to serve process

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____, 20_____.

                                                                            By: _____
                                                                            Sheriff or other authorized person to serve process



# IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

TENALOK PARTNERS LTD,

     Plaintiff,

v.

MASSACHUSETTS BAY INSURANCE COMPANY,

     Defendant,

Docket No. *CT-002684-13*
JURY DEMANDED *DIV III*

**FILED**
MAY 24 2013
CIRCUIT COURT CLERK
BY *Berish* D.C.

## COMPLAINT

Plaintiff, Tenalok Partners Ltd. ("Tenalok"), by its attorneys, for its Complaint against Defendant, Massachusetts Bay Insurance Company ("Massachusetts Bay"), states as follows:

## PARTIES, JURISDICTION, AND VENUE

1. At all relevant times hereto, Tenalok was and is a Texas Limited Partnership that owned and operated shopping centers in Shelby County, Tennessee, including but not limited to Frayser Village, Frayser Plaza, and Frayser Center. Frayser Village is located at 2562-2640 Frayser Boulevard, Memphis, Tennessee. Frayser Plaza is located at 2130-2200 Frayser Boulevard, Memphis, Tennessee. Frayser Center is located at 1774-1784 Frayser Boulevard, Memphis, Tennessee. Frayser Village, Frayser Plaza, and Frayser Center shall hereafter be referred to as the "Insured Premises."

2. Massachusetts Bay is a Hanover Insurance Group company with its principal place of business in Worcester, Massachusetts. Massachusetts Bay is registered to do business in Tennessee and is engaged in the business of issuing property and casualty insurance policies for property located within Tennessee, including Shelby County.

3.   This Complaint originates as the result of a storm event that damaged buildings located at the Insured Premises, and Massachusetts Bay's refusal and denial to pay the full amount of Tenalok's claim for insurance proceeds.

## FACTS COMMON TO ALL COUNTS

4.   Massachusetts Bay issued to Tenalok a policy of insurance, which was in effect from October 13, 2010 to October 13, 2011 covering the Insured Premises ("the Policy").  A copy of the Policy is attached as Exhibit "A".

5.   Under the Policy, Massachusetts Bay agreed to pay for covered direct physical loss and damage to the insured premises, including loss and damage caused by wind and hail.

6.   Tenalok paid the premiums due on the Policy in a timely manner, and has performed all of the duties and responsibilities required of it under the Policy, or alternatively, has been excused from performance by Massachusetts Bay's acts, representations and/or conduct.

7.   While the Policy was in full force and effect, on or about February 24, 2011, Tenalok suffered direct, physical loss of or damage to the Insured Premises due to a windstorm (the "Loss").

8.   Tenalok promptly and properly made a claim to Massachusetts Bay for insurance benefits under the Policy, namely the costs to repair and/or replace the damage caused by the Loss, and fulfilled all other duties required of it under the Policy after discovery of the Loss.

9.   Pursuant to the Policy, Massachusetts Bay has a contractual obligation to fully investigate and adjust the loss, and pay the full amount of Tenalok's covered losses, including the costs to repair and/or replace the damage, less applicable deductible.

10. On July 29, 2012, Massachusetts Bay advised that although it agreed a covered event had caused covered damage, it was refusing and denying payment of the full amount of damage claimed by Tenalok.

11. Tenalok has performed all conditions precedent to its right to recovery under the Policy, has failed and refused to make payment to Tenalok.  Unable to resolve the claim outside of litigation, Tenalok promptly sought and retained counsel to assist it in the bringing of this action.

12. Massachusetts Bay's refusal to pay the full amount of Tenalok's loss is in breach of the Policy, and Massachusetts Bay is liable to Tenalok for the full amount allowed by the Policy for the Loss.

13. Massachusetts Bay refused and continues to refuse to pay for all of the benefits under the Policy, including the full costs to repair and/or replace the wind damage to the Insured Premises, forcing Tenalok to litigate.

14. Massachusetts Bay breached its contract with Tenalok by:

    a. not promptly paying Tenalok all benefits owed as a result of the covered Loss;

    b. not putting Tenalok in the position it would have been in had it timely performed all of its contractual duties.

15. As a direct and proximate result of Massachusetts Bay's breach of contract, Tenalok:

    a. suffered and will continue to suffer significant property damage;

    b. incurred and will incur in the future costs to repair and/or replace the property damage;

    c. suffered and will continue to suffer consequential damages;

    d. is entitled to an award of prejudgment interest, taxable costs, and investigatory fees; and

e.  incurred other expenses as a result of Massachusetts Bay's breach of contract.

WHEREFORE, Plaintiff, Tenalok Partners Ltd., demands judgment in its favor against Defendant, Massachusetts Bay Insurance Company, Inc., as follows:

A.  For compensatory damages not to exceed $3,000,000.00;

B.  For pre- and post-judgment interest; and

C.  For all costs incurred by Tenalok as a result of this action; and

D.  For such other further and general relief as this Court deems just and equitable.

## DEMAND FOR A JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

GILBERT RUSSELL McWHERTER PLC

J. Brandon McWherter #21600
101 N. Highland Ave.
Jackson, TN 38301
(731) 664-1340
(731) 664-1540 (fax)
bmcwherter@gilbertfirm.com

CHILDRESS DUFFY, LTD.
Andrew M. Plunkett
*(to be admitted pro hac vice)*
500 Nearborn Street, Suite 1200
Chigago, IL 60610
(312) 494-0200
(312) 494-0202 (fax)
aplunkett@childresslawyers.com

*Counsel for Plaintiff Tenalok Partners, Ltd.*

## COST BOND

This Firm stands as surety for costs in this matter.

# EXHIBIT A

7351700

**' THE HANOVER INSURANCE COMPANY**

MASSACHUSETTS BAY INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL LINES POLICY
COMMON DECLARATIONS                                CM

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| | FROM | TO | | |
| ZDA 8903289 00 | 10/13/10 | 10/13/11 | MASSACHUSETTS BAY INS. COMPANY | 2901856 |

NAMED INSURED AND ADDRESS                          AGENT

√ TENALOK PARTNERS LTD                  USI OF TENNESSEE
  CIBC INC                               CLARK TOWER
  3702 FM 1960 WEST STE S                5100 POPLAR AVE STE 1200
  HOUSTON TX           77068             MEMPHIS, TN          38157

RECEIVED DEC 15 2010

POLICY PERIOD:        FROM: OCT. 13  2010  TO: OCT. 13  2011  AT
      12:01 A.M.  STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

BUSINESS DESCRIPTION: RETAIL SHOPPING CENTERS

LEGAL ENTITY:  CORPORATION

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

    THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS
    FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY
    BE SUBJECT TO ADJUSTMENT.                          PREMIUM

COMMERCIAL AUTOMOBILE COVERAGE                        $260.00
COMMERCIAL GENERAL LIABILITY COVERAGE              $9,772.00
COMMERCIAL COP PREMIUM                            $31,300.00

                          **TOTAL PREMIUM:          $41,332.00
                   PAYABLE AT INCEPTION:            $41,332.00
**MAY INCLUDE PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE.

FORMS APPLICABLE TO ALL COVERAGE PARTS:    IL 00 17 11/98      401-1127  1/08
  401-1122  1/09      171-0764 12/07      IL 02 75  9/07      421-0738 12/07

COUNTERSIGNED _____ BY _____
                                             (AUTHORIZED REPRESENTATIVE)

THESE DECLARATIONS TOGETHER WITH THE COMMON  POLICY CONDITIONS, COVERAGE PART
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART
THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

FORM NO. 401-0023A  4/90          ISSUED 11/08/2010
                                             AGENCY BILL

AGENT COPY                        PAGE   1

231-1096 (1/85)

**· THE HANOVER INSURANCE COMPANY**

MASSACHUSETTS BAY INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

POLICY SCHEDULE OF NAMES AND ADDRESSES

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 8903289 00 | 10/13/10 | 10/13/11 | MASSACHUSETTS BAY INS. COMPANY | 2901856 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| TENALOK PARTNERS LTD<br>CIBC INC<br>3702 FM 1960 WEST STE S<br>HOUSTON TX          77068 | USI OF TENNESSEE<br>CLARK TOWER<br>5100 POPLAR AVE STE 1200<br>MEMPHIS, TN          38157 |

THE NAMED INSURED ON THIS POLICY IS EXTENDED TO INCLUDE:

CIBC INC., ITS SUCCESSORS
AND/OR ASSIGNS, ATIMA

LOCATIONS OF COVERED OPERATIONS

√ PREMISES 1
1130 & 1138 N BYPASS
(STATE HWY 100)
ANDALUSIA AL
36420

√ PREMISES 2
3001-3009 E PHILLIPS
BARTLESVILLE OK
74003

√ PREMISES 3
2574-2632 FRAYSER BLVD
MEMPHIS TN
38173

√ PREMISES 4
2200 FRAYSER BLVD
MEMPHIS TN
38173

√ PREMISES 5
1780 FRAYSER BLVD
MEMPHIS TN
38173

FORM NO. 401-0023A  4/90                ISSUED 11/08/2010

AGENCY BILL

AGENT COPY                    PAGE   2

231-1098 (1/05)

**THE HANOVER INSURANCE COMPANY**

MASSACHUSETTS BAY INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

BUSINESS AUTO COVERAGE PART DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 8903289 00 | 10/13/10 | 10/13/11 | MASSACHUSETTS BAY INS. COMPANY | 2901856 |

NAMED INSURED AND ADDRESS

| | AGENT |
|---|---|
| TENALOK PARTNERS LTD<br>CIBC INC<br>3702 FM 1960 WEST STE S<br>HOUSTON TX          77068 | USI OF TENNESSEE<br>CLARK TOWER<br>5100 POPLAR AVE STE 1200<br>MEMPHIS, TN          38157 |

ITEM TWO

SCHEDULE OF COVERAGES AND COVERED AUTOS

THIS POLICY PROVIDES ONLY THOSE COVERAGES WHERE A CHARGE IS SHOWN IN THE PREMIUM COLUMN BELOW.  EACH OF THESE COVERAGES WILL APPLY ONLY TO THOSE "AUTOS" SHOWN AS COVERED "AUTOS".  "AUTOS" ARE SHOWN AS COVERED "AUTOS" FOR A PARTICULAR COVERAGE BY THE ENTRY OF ONE OR MORE OF THE SYMBOLS FROM THE COVERED AUTO SECTION OF THE BUSINESS AUTO COVERAGE FORM NEXT TO THE NAME OF THE COVERAGE.

| COVERAGES | COVERED AUTOS<br>(ENTRY OF ONE OR MORE OF THE<br>SYMBOLS FROM THE COVERED AUTOS<br>SECTION OF THE BUSINESS AUTO<br>COVERAGE FORM SHOWS WHICH AUTOS<br>ARE COVERED AUTOS) | LIMIT<br>THE MOST WE WILL<br>PAY FOR ANY ONE<br>ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | ✓ 8 | ✓ $1,000,000 | $168 |
| LIABILITY | / 9 | ✓ $1,000,000 | $92 |

ESTIMATED TOTAL PREMIUM:          $260

ENDORSEMENTS ATTACHED TO THIS COVERAGE FORM:
CA 00 01  3/06     421-0339 10/05     IL 00 21  7/02     IL 00 17 11/98
CA 01 96  9/04     CA 02 43  3/01

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

NONE

THESE DECLARATIONS TOGETHER WITH THE BUSINESS AUTO POLICY PROVISIONS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

FORM NO. 461-0001A 4/90          ISSUED 11/08/2010

AGENCY BILL

231-1096 (1/95)

AGENT COPY                    PAGE    3

**THE HANOVER INSURANCE COMPANY**

MASSACHUSETTS BAY INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

BUSINESS AUTO COVERAGE PART DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 8903289 00 | 10/13/10 | 10/13/11 | MASSACHUSETTS BAY INS. COMPANY | 2901856 |

NAMED INSURED AND ADDRESS

| | AGENT |
|---|---|
| TENALOK PARTNERS LTD<br>CIBC INC<br>3702 FM 1960 WEST STE S<br>HOUSTON TX            77068 | USI OF TENNESSEE<br>CLARK TOWER<br>5100 POPLAR AVE STE 1200<br>MEMPHIS, TN            38157 |

ITEM FOUR

SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.

LIABILITY COVERAGE - RATING BASIS, COST OF HIRE

| STATE | ESTIMATED COST OF HIRE FOR EACH STATE IF ANY | RATE PER EACH $100 COST OF HIRE INCLUDED | FACTOR (IF LIAB. COV. IS PRIMARY) | PREMIUM |
|---|---|---|---|---|
| AL | | | NOT APPLICABLE | $168 |

|  | | | TOTAL PREMIUM | $168 |

COST OF HIRE MEANS THE TOTAL AMOUNT YOU INCUR FOR THE HIRE OF "AUTOS" YOU DON'T OWN (NOT INCLUDING "AUTOS" YOU BORROW OR RENT FROM YOUR EMPLOYEES OR THEIR FAMILY MEMBERS).   COST OF HIRE DOES NOT INCLUDE CHARGES FOR SERVICES PERFORMED BY MOTOR CARRIERS OF PROPERTY OR PASSENGERS.

ITEM FIVE

SCHEDULE FOR NON-OWNERSHIP LIABILITY

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| OTHER THAN A SOCIAL SERVICE AGENCY | NUMBER OF EMPLOYEES<br>NUMBER OF PARTNERS | 5 | $92 |
| SOCIAL SERVICE AGENCY | NUMBER OF EMPLOYEES<br>NUMBER OF VOLUNTEERS | | |
| | | TOTAL PREMIUM | $92 |

FORM NO. 461-0001A 4/90                    ISSUED 11/08/2010

AGENCY BILL

AGENT COPY                    PAGE    4                    231-1096 (1/85)

**· THE HANOVER INSURANCE COMPANY**

MASSACHUSETTS BAY INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL GENERAL LIABILITY DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 8903289 00 | 10/13/10 | 10/13/11 | MASSACHUSETTS BAY INS. COMPANY | 2901856 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| TENALOK PARTNERS LTD<br>CIBC INC<br>3702 FM 1960 WEST STE S<br>HOUSTON TX          77068 | USI OF TENNESSEE<br>CLARK TOWER<br>5100 POPLAR AVE STE 1200<br>MEMPHIS, TN          38157 |

LIMITS OF INSURANCE:
```
  GENERAL AGGREGATE LIMIT                              $2,000,000 ✓
  PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT.
  EACH OCCURRENCE LIMIT                                $1,000,000 ✓
  PERSONAL AND ADVERTISING INJURY LIMIT               $1,000,000 ✓
  FIRE DAMAGE LIMIT, ANY ONE FIRE                        $50,000
  MEDICAL EXPENSE LIMIT, ANY ONE PERSON                   $5,000
```

TOTAL ADVANCE COMMERCIAL GENERAL LIABILITY PREMIUM:     $9,772.00

```
FORMS APPLICABLE TO COMMERCIAL GENERAL LIABILITY:
  CG 21 96 03/05      CG 00 01 12/07     CG 00 68 05/09     421-0022 12/90
  CG 21 62 09/98      CG 21 67 12/04     IL 00 21 07/02     CG 21 47 12/07
  CG 21 76 01/08      421-0080 01/03     CG 04 35 12/07     CG 21 70 01/08
  CG 01 09 11/85                                            CG 21 55 09/99
```

FORM NO. 421-0001A  2/89                    ISSUED 11/08/2010

AGENCY BILL.

231-1096 (1/85)

**THE HANOVER INSURANCE COMPANY**

MASSACHUSETTS BAY INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL GENERAL LIABILITY AMENDED LIMITS OF INSURANCE

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 8903289 00 | 10/13/10 | 10/13/11 | MASSACHUSETTS BAY INS. COMPANY | 2901856 |

NAMED INSURED AND ADDRESS / AGENT

| | |
|---|---|
| TENALOK PARTNERS LTD<br>CIBC INC<br>3702 FM 1960 WEST STE S<br>HOUSTON TX            77068 | USI OF TENNESSEE<br>CLARK TOWER<br>5100 POPLAR AVE STE 1200<br>MEMPHIS, TN            38157 |

THE LIMITS OF INSURANCE SHOWN IN THIS SCHEDULE REPLACE THE CORRESPONDING LIMITS
SHOWN IN THE DECLARATIONS.  THESE LIMITS ARE INCLUSIVE OF AND NOT IN ADDITION
TO THE LIMITS BEING REPLACED.

LIMITS OF INSURANCE:

LOCATION/JOB NUMBER:    1
  GENERAL AGGREGATE LIMIT                                      $2,000,000
  PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT.
  EACH OCCURRENCE LIMIT                                        $1,000,000
  PERSONAL AND ADVERTISING INJURY LIMIT                       $1,000,000
  FIRE DAMAGE LIMIT, ANY ONE FIRE                                 $50,000
  MEDICAL EXPENSE LIMIT, ANY ONE PERSON                            $5,000

LIMITS OF INSURANCE:

LOCATION/JOB NUMBER:    2
  GENERAL AGGREGATE LIMIT                                      $2,000,000
  PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT.
  EACH OCCURRENCE LIMIT                                        $1,000,000
  PERSONAL AND ADVERTISING INJURY LIMIT                       $1,000,000
  FIRE DAMAGE LIMIT, ANY ONE FIRE                                 $50,000
  MEDICAL EXPENSE LIMIT, ANY ONE PERSON                            $5,000

FORM NO. 421-0001A  2/89                    ISSUED 11/08/2010

AGENCY BILL
231-1098 (1/95)

THE HANOVER INSURANCE COMPANY

MASSACHUSETTS BAY INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL GENERAL LIABILITY AMENDED LIMITS OF INSURANCE

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 8903289 00 | 10/13/10 | 10/13/11 | MASSACHUSETTS BAY INS COMPANY | 2901856 |

NAMED INSURED AND ADDRESS

TENALOK PARTNERS LTD
CIBC INC
3702 FM 1960 WEST STE S
HOUSTON TX            77068

AGENT

USI OF TENNESSEE
CLARK TOWER
5100 POPLAR AVE STE 1200
MEMPHIS, TN            38157

THE LIMITS OF INSURANCE SHOWN IN THIS SCHEDULE REPLACE THE CORRESPONDING LIMITS
SHOWN IN THE DECLARATIONS.  THESE LIMITS ARE INCLUSIVE OF AND NOT IN ADDITION
TO THE LIMITS BEING REPLACED.

  LIMITS OF INSURANCE:

LOCATION/JOB NUMBER:     3
   GENERAL AGGREGATE LIMIT                                    $2,000,000
   PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT.
   EACH OCCURRENCE LIMIT                                      $1,000,000
   PERSONAL AND ADVERTISING INJURY LIMIT                      $1,000,000
   FIRE DAMAGE LIMIT, ANY ONE FIRE                               $50,000
   MEDICAL EXPENSE LIMIT, ANY ONE PERSON                         $5,000

  LIMITS OF INSURANCE:

LOCATION/JOB NUMBER:     4
   GENERAL AGGREGATE LIMIT                                    $2,000,000
   PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT.
   EACH OCCURRENCE LIMIT                                      $1,000,000
   PERSONAL AND ADVERTISING INJURY LIMIT                      $1,000,000
   FIRE DAMAGE LIMIT, ANY ONE FIRE                               $50,000
   MEDICAL EXPENSE LIMIT, ANY ONE PERSON                         $5,000

FORM NO. 421-0001A  2/89

ISSUED 11/08/2010

AGENCY BILL

AGENT COPY                          PAGE     7                          231-1096 (1/95)

**THE HANOVER INSURANCE COMPANY**

MASSACHUSETTS BAY INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL GENERAL LIABILITY AMENDED LIMITS OF INSURANCE

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 8903289 00 | 10/13/10 | 10/13/11 | MASSACHUSETTS BAY INS. COMPANY | 2901856 |

NAMED INSURED AND ADDRESS / AGENT

| | |
|---|---|
| TENALOK PARTNERS LTD<br>CIBC INC<br>3702 FM 1960 WEST STE S<br>HOUSTON TX          77068 | USI OF TENNESSEE<br>CLARK TOWER<br>5100 POPLAR AVE STE 1200<br>MEMPHIS, TN          38157 |

THE LIMITS OF INSURANCE SHOWN IN THIS SCHEDULE REPLACE THE CORRESPONDING LIMITS
SHOWN IN THE DECLARATIONS.   THESE LIMITS ARE INCLUSIVE OF AND NOT IN ADDITION
TO THE LIMITS BEING REPLACED.

LIMITS OF INSURANCE:

LOCATION/JOB NUMBER:     5
    GENERAL AGGREGATE LIMIT                               $2,000,000
    PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT.
    EACH OCCURRENCE LIMIT                                 $1,000,000
    PERSONAL AND ADVERTISING INJURY LIMIT                 $1,000,000
    FIRE DAMAGE LIMIT, ANY ONE FIRE                          $50,000
    MEDICAL EXPENSE LIMIT, ANY ONE PERSON                     $5,000

FORM NO. 421-0001A  2/89                 ISSUED 11/08/2010

                                                        AGENCY BILL

AGENT COPY                         PAGE    8                          231-1098 (1/95)

**THE HANOVER INSURANCE COMPANY**

MASSACHUSETTS BAY INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 8903289 00 | 10/13/10 | 10/13/11 | MASSACHUSETTS BAY INS. COMPANY | 2901856 |

NAMED INSURED AND ADDRESS

TENALOK PARTNERS LTD
CIBC INC
3702 FM 1960 WEST STE S
HOUSTON TX          77068

AGENT

USI OF TENNESSEE
CLARK TOWER
5100 POPLAR AVE STE 1200
MEMPHIS, TN          38157

```
                                                            ADVANCE
LOC ST TER CODE SUBLINE    PREMIUM BASIS      PER     RATE      PREMIUM
  1 AL 503 61212  334   ✓45,899 SQUARE FEET  1000  $35.453   $1,627
BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE
OR MANUFACTURING (LESSOR'S RISK ONLY) OTHER THAN NOT
FOR PROFIT
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT.
                                                            ADVANCE
LOC ST TER CODE SUBLINE    PREMIUM BASIS      PER     RATE      PREMIUM
  2 OK 503 61212  334   ✓88,866 SQUARE FEET  1000  $22.537   $2,003
BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE
OR MANUFACTURING (LESSOR'S RISK ONLY) OTHER THAN NOT
FOR PROFIT
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT.
                                                            ADVANCE
LOC ST TER CODE SUBLINE    PREMIUM BASIS      PER     RATE      PREMIUM
  3 TN 501 61212  334   ✓141,000 SQUARE FEET 1000  $19.732   $2,782
BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE
OR MANUFACTURING (LESSOR'S RISK ONLY) OTHER THAN NOT
FOR PROFIT
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT.
                                                            ADVANCE
LOC ST TER CODE SUBLINE    PREMIUM BASIS      PER     RATE      PREMIUM
  4 TN 501 61212  334   ✓102,000 SQUARE FEET 1000  $19.732   $2,013
BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE
OR MANUFACTURING (LESSOR'S RISK ONLY) OTHER THAN NOT
FOR PROFIT
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT.
                                                            ADVANCE
LOC ST TER CODE SUBLINE    PREMIUM BASIS      PER     RATE      PREMIUM
  5 TN 501 61212  334   ✓30,300 SQUARE FEET  1000  $19.732   $598
BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE
OR MANUFACTURING (LESSOR'S RISK ONLY) OTHER THAN NOT
FOR PROFIT
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT.

SUBLINE 334  PREMISES AND OPERATIONS

FORM NO. 421-0001A  2/89              ISSUED 11/08/2010

                                            AGENCY BILL
```

231-1096 (1/95)

**· THE HANOVER INSURANCE COMPANY**

MASSACHUSETTS BAY INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

MISCELLANEOUS LIABILITY COVERAGE PART DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 8903289 00 | 10/13/10 | 10/13/11 | MASSACHUSETTS BAY INS. COMPANY | 2901856 |

NAMED INSURED AND ADDRESS | AGENT

TENALOK PARTNERS LTD
CIBC INC
3702 FM 1960 WEST STE S
HOUSTON TX            77068

USI OF TENNESSEE
CLARK TOWER
5100 POPLAR AVE STE 1200
MEMPHIS, TN            38157

LIMITS OF INSURANCE:
MISCELLANEOUS LIABILITY AGGREGATE LIMIT            $2,000,000

PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT    NOT COVERED
                        EACH CLAIM                 $1,000,000

TOTAL ADVANCE MISCELLANEOUS LIABILITY PREMIUM:              INCLUDED

FORMS APPLICABLE TO MISCELLANEOUS LIABILITY:              CG 00 68 05/09
  IL 00 21 07/02      CG 21 70 01/08      CG 21 76 01/08   421-0080 01/03
  CG 04 35 12/07

FORM NO. 421-0001A  2/89                ISSUED 11/08/2010

AGENCY BILL

231-1096 (1/95)

AGENT COPY                PAGE   10

**THE HANOVER INSURANCE COMPANY**

MASSACHUSETTS BAY INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

MISCELLANEOUS LIABILITY CLASSIFICATION SCHEDULE

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 8903289 00 | 10/13/10 | 10/13/11 | MASSACHUSETTS BAY INS. COMPANY | 2901856 |

NAMED INSURED AND ADDRESS

TENALOK PARTNERS LTD
CIBC INC
3702 FM 1960 WEST STE S
HOUSTON TX            77068

AGENT

USI OF TENNESSEE
CLARK TOWER
5100 POPLAR AVE STE 1200
MEMPHIS, TN            38157

```
LOC ST TER CODE SUBLINE                                    ADVANCE
  1 AL 503 90994  325                      FLAT CHARGE     PREMIUM
GENERAL LIABILITY BROADENING ENDORSEMENT                   $400

LOC ST TER CODE SUBLINE     PREMIUM BASIS     PER    RATE    ADVANCE
  1 AL 503 92100  325            5 EMPLOYEES  EACH  $0.000   PREMIUM
EMPLOYEE BENEFITS LIABILITY                                 $294
```

SUBLINE 325  MISCELLANEOUS LIABILITY

FORM NO. 421-0001A  2/89                ISSUED 11/08/2010

AGENCY BILL

231-1096 (1/96)

AGENT COPY                    PAGE  11

**THE HANOVER INSURANCE COMPANY**

MASSACHUSETTS BAY INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL PROPERTY  COVERAGE PART DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 8903289 00 | 10/13/10 | 10/13/11 | MASSACHUSETTS BAY INS. COMPANY | 2901856 |

NAMED INSURED AND ADDRESS

| | AGENT |
|---|---|
| TENALOK PARTNERS LTD<br>CIBC INC<br>3702 FM 1960 WEST STE S<br>HOUSTON TX          77068 | USI OF TENNESSEE<br>CLARK TOWER<br>5100 POPLAR AVE STE 1200<br>MEMPHIS, TN          38157 |

TOTAL COP PREMIUM:      $31,300.00

COVERAGES PROVIDED:
INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR THE COVERAGES SHOWN BELOW:

```
    PREM:
    BLDG:
    COVERAGE:               SEE COP-100-S
    LIMIT OF INSURANCE:     SEE COP-100-S
    COVERED CAUSES OF LOSS: SEE COP-100-S
    COINSURANCE:            SEE COP-100-S
    DEDUCTIBLE:             SEE COP-100-S
```

FORMS APPLICABLE TO PROPERTY COVERAGE PART:
```
    CO 10 00 10/02    CO 10 01  4/02    CO 10 03  4/02    CL 01 00  3/99
    CL 01 18  1/01    CL 07 00 10/06    CL 06 00  1/08    CL 06 08  1/08
    CO 10 50  3/05    CO 10 51  3/05    CO 10 52  4/02    CO 10 73  3/05
    CO 12 21  4/02    CL 10 45  1/08    221-0163 10/03
```

FORM NO. 411-0001A    2/89          ISSUED 11/08/2010
                                            AGENCY BILL

231-1096 (1/95)

AGENT COPY                    PAGE  12

AAIS
CO 1050 03 05
Page 1 of 6

# SCHEDULE OF COVERAGES
# COMMERCIAL OUTPUT PROGRAM

(The information required to complete this schedule
will be shown below or on the "schedule of coverages".)

Limit of Insurance

✓ **Catastrophe Limit** -- The most "we" pay for
any combination of or total of losses arising under
one or more coverages in any one occurrence is:          $ 24,402,293

---

## PROPERTY COVERAGE PART

### LIMITS

~   Building Property Limit -- The most
    "we" pay for loss at any one "covered location" is:          $ 0

~   Business Personal Property Limit -- The most
    "we" pay for loss at any one "covered location" is:          $ 24,402,293

                                        or

~   Combined Blanket Limit -- The most "we" pay
    for loss at any one "covered location" is:          $ _____

☒   Refer To Scheduled Locations

### COVERAGE EXTENSIONS

~   Consequential Loss    BUSINESS PERSONAL PROPERTY LIMIT

~   Debris Removal, Additional Expense    $ 50,000

~   Emergency Removal                     365 days

~   Emergency Removal Expense             $ 5,000

~   Fraud and Deceit                      $ 5,000

~   Damage From Theft                     POLICY LIMIT

~   Off Premises Utility
    Service Interruption
    -   Limit                             $ 50,000

    ☒   Overhead Transmission Lines Excluded

Copyright, American Association of Insurance Services, Inc., 2005

AAIS
CO 10 50 03 05
PAGE 2 OF 6

## SUPPLEMENTAL COVERAGES

| | |
|---|---|
| -- Brands or Labels Expense | $ 50,000 |
| -- Expediting Expenses | $ 50,000 |
| -- Fire Department Service Charges | $ 25,000 |
| -- Inventory and Appraisal Expense | $ 50,000 |
| -- Ordinance or Law (Undamaged Parts of a Building) | $ BUILDING LIMIT |
| -- Ordinance or Law (Increased Cost to Repair/ Cost to Demolish and Clear Site) | $ 100,000 |
| -- Personal Effects | $ 15,000 |
| -- Pollutant Cleanup And Removal | $ 50,000 |
| -- Recharge of Fire Extinguishing Equipment | $ 50,000 |
| -- Rewards | $ 10,000 |
| -- Sewer Backup and Water Below the Surface | $ 25,000 |
| -- Trees, Shrubs, and Plants | $ 50,000 |
| -- Underground Pipes, Pilings, Bridges, and Roadways | $ 250,000 |

## SUPPLEMENTAL MARINE COVERAGES

| | |
|---|---|
| -- Accounts Receivable | $ 50,000 |
| -- Electrical or Magnetic Disturbance of Computers     BUSINESS PERSONAL PROPERTY LIMIT | |
| -- Power Supply Disturbance of Computers     BUSINESS PERSONAL PROPERTY LIMIT | |
| -- Virus and Hacking Coverage | |
|     - Limit any one occurrence | $ 25,000 |
|     - Limit any 12 month period | $ 50,000 |
| -- Fine Arts | $ 100,000 |
| -- Off Premises Computers | $ 25,000 |

Copyright, American Association of Insurance Services, Inc., 2005

**AAIS**
**CO 10 50 03 05**
**Page 3 of 6**

**SUPPLEMENTAL MARINE COVERAGES** (cont.)

-- Property On Exhibition                       $ 50,000

-- Property In Transit                          $ 50,000

-- Sales Representative Samples                  $ 50,000

-- Software Storage                             $ 50,000

-- Valuable Papers                              $ 100,000

**ADDITIONAL PROPERTY SUBJECT TO LIMITATIONS**

-- Furs (theft)                                 $10,000

-- Jewelry (theft)                              $10,000

-- Stamps, Tickets, Letters of Credit           $5,000

**COVERAGE OPTIONS** (check if applicable)

☐ Actual Cash Value Applies

☐ Automatic Increase

-   Automatic Increase                          __%

☐ Scheduled Locations

-   Newly Built or Acquired Buildings           $ _____

-   Personal Property - Acquired Locations      $ _____

-   Locations "You" Elect Not To Describe       $ _____

-   Coinsurance                                 __%

## DEDUCTIBLE

Check One

☒ Deductible Amount   ✓ $ 5,000

☐ Refer to Deductible Endorsements

Copyright, American Association of Insurance Services, Inc., 2005

**AAIS**
**CO 10 50 03 05**
**Page 4 of 6**

## INCOME COVERAGE PART

**COVERAGE** (check one)

☐ Income Coverage Does Not Apply

☐ Earnings, Rents, and Extra Expense

☐ Earnings and Extra Expense

☒ Rents and Extra Expense

☐ Extra Expense Only

**LIMIT** (check one)

☒ Income Coverage Limit -- The most      $ 2,972,293
"we" pay for loss at any one "covered location" is:
☐ Refer To Scheduled Locations (check if applicable)

**COVERAGE EXTENSIONS**

--   Interruption By Civil Authority      30 days

--   Period of Loss Extension      90 days

**SUPPLEMENTAL COVERAGES**

--   Computer Virus and Hacking

   -   Limit any one occurrence      $ 25,000

   -   Limit any 12 month period      $ 75,000

   -   Waiting Period      12 HOURS

--   Dependent Locations      $ 100,000

--   Off Premises Utility
     Service Interruption

   -   Limit      $ 10,000

   -   Waiting Period      12 HOURS

    ☒   Overhead Transmission Lines Excluded

Copyright, American Association of Insurance Services, Inc., 2005

AAIS
CO 10 50 03 05
Page 5 of 6

## INCOME COVERAGE PART (cont.)

**SUPPLEMENTAL COVERAGES** (cont.)

-- Contract Penalty

   - Limit any one occurrence     $ 25,000

   - Limit any 12 month period     $ 100,000

-- Pollutants Cleanup and Removal     $ 25,000

-- Property In Transit, On Exhibition, or Custody of Sales Representatives     $ 50,000

**COVERAGE OPTIONS** (check if applicable)

☐ Scheduled Locations

   - Newly Built or Acquired Locations     $

   - Coinsurance     ___%

☐ Waiting Period

☐ Monthly Limitation

## FLOOD COVERAGE

☒ Not Covered

☐ Scheduled Flood Coverage

   - "Catastrophe Limit"     $

   - Flood Deductible ($,%)     $

☐ Blanket Flood Coverage

   - "Occurrence Limit"     $

   - "Aggregate Limit"     $

   - "Catastrophe Limit"     $

   - Flood Deductible ($,%)

Copyright, American Association of Insurance Services, Inc., 2005

AAIS
CO 10 50 03 05
Page 6 of 6

## EARTHQUAKE COVERAGE

☐ Not Covered

☐ Scheduled Earthquake Coverage

- "Catastrophe Limit"                          $ _____

- Earthquake Deductible ($,%)               _____
☒ Blanket Earthquake Coverage

- "Occurrence Limit"                    ✓ $ 1,000,000

- "Aggregate Limit"                     ✓ $ 1,000,000

- "Catastrophe Limit"                   ✓ $ 1,000,000

- Earthquake Deductible ($,%)           ✓ 100,000

## OPTIONAL COVERAGES AND ENDORSEMENTS

CO 1050 03 05

Copyright, American Association of Insurance Services, Inc., 2005

**AAIS**
**CO 1051 03 05**
**Page 7 of 10**

## EQUIPMENT BREAKDOWN COVERAGE PART (cont.)

### COVERAGE EXTENSIONS/SUPPLEMENTAL COVERAGES

Limit

-- Expediting Expense          $ _____

-- Pollutants                  $ _____

-- Ordinance or Law
   (Undamaged Parts
   of Buildings)               $ _____

-- Ordinance or Law
   (Increased Cost to
   Repair / Cost to
   Demolish and Clear
   Site)                       $ _____

-- Off Premises Utility
   Service Interruption        $ _____

-- Defense Costs          _____covered_____

### DEDUCTIBLES

Property Coverages    $ _____

_____

_____

_____

Income Coverages ($, hrs., ADV, or Combined)    _____

Other (describe)

_____    _____

### INCOME COVERAGE OPTIONS (describe)

_____

_____

_____

Copyright, American Association of Insurance Services, Inc., 2005

AAIS
CO 1051 03 05
Page 8 of 10

**OTHER CONDITIONS** (describe)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## SPOILAGE COVERAGE PART

☐ Not Covered

☐ **BLANKET SPOILAGE COVERAGE**

### Spoilage Limits

Location Limit -- The most "we" pay for
loss at any one "covered location" is:                    $ _____

Catastrophe Limit -- The most "we" pay for
loss in any one occurrence is:                            $ _____

### Spoilage Deductible                                   $ _____

### Additional Conditions (check if applicable)

☐ Selling Price Valuation

☐ Refrigeration, Maintenance, or Service
Agreement

Copyright, American Association of Insurance Services, Inc., 2005

**AAIS**
**CO 1051 03 05**
**Page 9 of 10**

---

☐ **SCHEDULED SPOILAGE COVERAGE**

**Spoilage Limits**

Catastrophe Limit -- The most "we" pay for
loss in any one occurrence is:                           $ _____

**Spoilage Deductible**                                  $ _____

**Additional Conditions** (check if applicable)

☐ Selling Price Valuation

☐ Refrigeration, Maintenance, or Service Agreement

**Perils Covered** (check if applicable)

☐ Breakdown, Malfunction, or Failure (Equipment Breakdown)

☐ Refrigerant Contamination (Equipment Breakdown)

☐ Refrigerant Contamination (Other Causes Of Loss)

☐ Power Disruption (Equipment Breakdown)

☐ Power Disruption (Other Causes Of Loss)

Copyright, American Association of Insurance Services, Inc., 2005

AAIS
CO 1051 03 05
Page 10 of 10

## OPTIONAL COVERAGES AND ENDORSEMENTS

CO 1051 03 05

Copyright, American Association of Insurance Services, Inc., 2005

AAIS
CO 1052 04 02

# LOCATION SCHEDULE

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

Coverage provided by the Commercial Output Program coverage parts applies only to the "covered locations" described below. Refer to "schedule of coverages" for applicable "limits", additional coverages, and applicable coinsurance percentage.

## SCHEDULE

| Loc. No. | Covered Location (describe) |
|---|---|
| 1 ✓ | 1130 & 1138 N BYPASS |
| | ANDALUSA, AL  36420 |

| Covered Property/ Coverage Provided (describe) | Limit |
|---|---|
| BUILDING | ✓ $ 2,130,000 |
| RENTAL BI W/EE | ✓ $ 365,000 |
| | $ |
| | $ |
| | $ |

| Loc. No. | Covered Location (describe) |
|---|---|
| 2 ✓ | 3001-3009 E PHILLIPS |
| | BARTLESVILLE OK  74003 |

| Covered Property/ Coverage Provided (describe) | Limit |
|---|---|
| BUILDING | ✓ $ 4,070,000 |
| RENTAL BI W/EE | ✓ $ 425,683 |
| | $ |
| | $ |
| | $ |

CO 1052 04 02

Copyright, American Association of Insurance Services, 2002

**AAIS**
**CO 1052 04 02**

# LOCATION SCHEDULE
(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

Coverage provided by the Commercial Output Program coverage parts applies only to the "covered locations" described below. Refer to "schedule of coverages" for applicable "limits", additional coverages, and applicable coinsurance percentage.

## SCHEDULE

| Loc. No. | Covered Location (describe) |
|---|---|
| 3 | ✓ 2574-2632 FRAYSER BLVD |
| | MEMPHIS TN 78173 |

| Covered Property/ Coverage Provided (describe) | Limit |
|---|---|
| BUILDING | ✓ $ 8,480,000 |
| RENTAL BI W/EE | ✓ $ 1,447,511 |
| | $ |
| | $ |
| | $ |

| Loc. No. | Covered Location (describe) |
|---|---|
| 4 | ✓ 2200 FRYSER BLVD |
| | MEMPHIS TN 38173 |

| Covered Property/ Coverage Provided (describe) | Limit |
|---|---|
| BUILDING | ✓ $ 4,930,000 |
| RENTAL BI W/EE | ✓ $ 475,123 |
| | $ |
| | $ |
| | $ |

**CO 1052 04 02**

Copyright, American Association of Insurance Services, 2002

AAIS
CO 1052 04 02

# LOCATION SCHEDULE

*(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)*

Coverage provided by the Commercial Output Program coverage parts applies only to the "covered locations" described below. Refer to "schedule of coverages" for applicable "limits", additional coverages, and applicable coinsurance percentage.

## SCHEDULE

| Loc. No. | Covered Location (describe) |
|---|---|
| 5 | ✓ 1780 FRAYSER BLVD |
| | MEMPHIS TN  38173 |
| | |

| Covered Property/ Coverage Provided (describe) | Limit |
|---|---|
| BUILDING | ✓ $ 1,820,000 |
| RENTAL BI W/EE | ✓ $ 258,976 |
| | $ |
| | $ |
| | $ |

| Loc. No. | Covered Location (describe) |
|---|---|
| | |
| | |
| | |

| Covered Property/ Coverage Provided (describe) | Limit |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

CO 1052 04 02

Copyright, American Association of Insurance Services, 2002

AAIS
CO 1073 03 05
Page 1 of 2

# EQUIPMENT BREAKDOWN SCHEDULE

(The information required below may be indicated on the
"schedule of coverages".)

## EQUIPMENT BREAKDOWN COVERAGE

|  | LIMITS | COINSURANCE |
|---|---|---|
| Property Damage | ✓ $ 24,402,293 | 100% |
| Income Coverages | ✓ $ 2,972,293 | 90% |

**INCOME COVERAGES**

Period of Loss Extension          90 days

Coverage Options (check one)

☐ Earnings, Rents, and Extra Expense

☐ Earnings and Extra Expense

☒ Rents and Extra Expense

☐ Extra Expense Only

**COVERAGE EXTENSIONS**

| | Limit |
|---|---|
| -- Expediting Expense | $ 50,000 |
| -- Pollutants | $ 50,000 |
| -- Ordinance or Law (Undamaged Parts of Buildings) | $ 250,000 |
| -- Ordinance or Law (Increased Cost to Repair/Cost to Demolish and Clear Site) | $ 100,000 |

Copyright, American Association of Insurance Services, Inc., 2005

AAIS
CO 1073 03 05
Page 2 of 2

**COVERAGE EXTENSIONS (CONT.)**

**Limit**

-- Off Premises Utility
Service Interruption          $ 50,000

-- Defense Costs                    covered

**DEDUCTIBLES**

Property Coverages    ✓ $ 5,000

Income Coverages ($, hrs., ADV, or Combined)    12 HRS

Other (describe)

**INCOME COVERAGE OPTIONS** (describe)

**OTHER CONDITIONS** (describe)

CO 1073 03 05

Copyright, American Association of Insurance Services, Inc., 2005

**AAIS**
**CO 1221 04 02**
**Page 1 of 2**

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# EARTHQUAKE ENDORSEMENT

Provisions under this endorsement do not apply to "mobile equipment" and the Supplemental Marine Coverages. Unless described on the Earthquake Schedule, this endorsement does not apply to "computers".

## ADDITIONAL DEFINITIONS

1. "Aggregate limit" means the amount of coverage that applies to loss at each location during each separate 12-month period of this policy; this is limited to the expiration or anniversary date.

2. "Occurrence limit" means the amount of coverage that applies to loss in any one occurrence at each location.

3. "Catastrophe limit" means the amount of coverage that applies to all losses at all locations during each separate 12-month period of this policy; this is limited to the expiration or anniversary date.

## PERILS COVERED

Volcanic eruption means the eruption, explosion, or effusion of a volcano.

**Scheduled Earthquake Coverage --** When scheduled earthquake coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by earthquake and volcanic eruption to property and locations described on the Earthquake Schedule.

**Blanket Earthquake Coverage --** When blanket earthquake coverage is indicated on the "schedule of coverages", "we" cover direct physical loss to covered property at "covered locations" caused by earthquake and volcanic eruption.

## PERILS EXCLUDED

Under Perils Excluded, Earth Movement is replaced by the following:

**Earth Movement or Volcanic Eruption --** "We" do not pay for loss caused by:

1. earthquake or volcanic eruption that begins before the inception date of this coverage;

2. blasting (other than volcanic explosion); and

3. landslide, mine subsidence, mudflow, or mudslide even if caused by earthquake or volcanic eruption.

## HOW MUCH WE PAY

The following are added to How Much We Pay:

1. **Deductible --** "We" pay only that part of "your" loss over the earthquake deductible indicated on the "schedule of coverages" in any one occurrence. The deductible may be shown as either an amount or a percentage. When shown as a percentage, the deductible is that percentage of the value of the covered property at the time of the loss.

   This deductible replaces any other deductible for the perils of earthquake and volcanic eruption.

2. **Limits That Apply To Scheduled Earthquake Coverage --** When scheduled earthquake coverage is indicated on the "schedule of coverages", the following "limits" apply to loss to covered property caused by earthquake and volcanic eruption, subject to the provisions under Loss Settlement Terms:

AAIS
CO 1221 04 02
Page 2 of 2

a. The most "we" pay for loss caused by earthquake and volcanic eruption in any one occurrence at a location described on the Earthquake Schedule is the "occurrence limit" indicated on the schedule.

b. The most "we" pay for loss caused by earthquake and volcanic eruption at a location described on the Earthquake Schedule during a 12-month period is the "aggregate limit" indicated on the schedule.

c. The most "we" pay for all losses caused by earthquake and volcanic eruption at all locations described on the Earthquake Schedule during a 12-month period is the "catastrophe limit" indicated on the "schedule of coverages".

3. **Limits That Apply To Blanket Earthquake Coverage** -- When blanket earthquake coverage is indicated on the "schedule of coverages", the following "limits" apply to loss to covered property caused by earthquake and volcanic eruption, subject to the provisions under Loss Settlement Terms:

a. The most "we" pay for loss caused by earthquake and volcanic eruption in any one occurrence at a "covered location" is the "occurrence limit" indicated on the "schedule of coverages".

b. The most "we" pay for loss caused by earthquake and volcanic eruption at a "covered location" during a 12-month period is the "aggregate limit" indicated on the "schedule of coverages".

c. The most "we" pay for all losses caused by earthquake and volcanic eruption at all "covered locations" during a 12-month period is the "catastrophe limit" indicated on the "schedule of coverages".

4. **Excess Insurance** -- "You" may purchase insurance in excess of the applicable "limit" for earthquake coverage. Such excess insurance will not be considered in applying Insurance Under More Than One Policy nor will it be considered in the application of any pro rata or apportionment provision.

CO 1221 04 02
Copyright, American Association of Insurance Services, 2002

AAIS
CL 1045 06 06
Page 1 of 2

Insurance Company: MASSACHUSETTS BAY INS CO
Quote Number: ZDA 8903289 00
Named Insured: TENALOK PARTNERS LTD.

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, as extended on December 22, 2005, that you have a right to purchase insurance coverage for losses resulting from acts of terrorism, as defined in Section 102(1) of the Act. See the next page for a further description of an act of terrorism as provided under the Act.

### SELECTION OR REJECTION OF TERRORISM INSURANCE COVERAGE

You may accept or reject this offer of coverage. If you choose to accept this offer of coverage, the premium for this coverage is payable according to the terms of your billing notice. You may reject this offer by completing and signing the enclosed statement and returning it to us. If you send us a signed rejection of coverage, your policy will exclude coverage for certified terrorism losses.

**Insurers should include the following paragraph in a Notice prepared for policies that are subject to Standard Fire Policy statutes with respect to losses resulting from terrorism:**
In the state of **TN** a terrorism exclusion makes an exception for fire losses resulting from an act of terrorism. Accordingly, if you reject the offer of terrorism coverage as provided under the program, that rejection is not applicable to fire losses resulting from an act of terrorism. In this state, the coverage in your policy for such fire losses will continue. The premium for such fire coverage is stated below. This premium is due whether or not you reject the offer described above for terrorism coverage.

**Insurers should include the following premium statement in a Notice prepared for policies that are not subject to Standard Fire Policy statutes with respect to losses resulting from terrorism:**
The portion of your annual premium that is attributable to coverage for acts of terrorism, as defined in the Act, is: $323.00.

**Insurers should include the following premium statement in a Notice prepared for policies that are subject to Standard Fire Policy statutes with respect to losses resulting from terrorism:**
One of the following premiums is due:
If you accept this offer, the premium for terrorism coverage is $
If you reject this offer, the premium for terrorism (fire only) coverage is $

[ ]   I acknowledge that I have been notified that under the Terrorism Risk Insurance Act as extended on December 22, 2005, any covered losses resulting from certified acts of terrorism under my policy will be partially reimbursed by the United States and I have been notified of the amount of my premium attributable to such coverage.

[ ]   I hereby reject this offer of coverage. I understand that an exclusion of certified terrorism losses will be made part of this policy.

You should know that where coverage is provided by this policy for losses resulting from certified acts of terrorism such losses may be partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States government generally pays 90% in 2006 (85% in 2007) of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The premium shown above does not include any charges for the portion of loss covered by the federal government under the Act.

Policyholder's Signature: _____   Date: _____

Print Name _____

Copyright, American Association of Insurance Services, Inc., 2006

AAIS
CL 1045 06 06
Page 2 of 2

The following excerpt from the Act is provided for your information:

According to Section 102(1) of the Terrorism Risk Insurance Act of 2002, "The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States —— (i) to be an act of terrorism; (ii) to be a violent act or an act that is dangerous to (I) human life; (II) property; or (III) infrastructure; (iii) to have resulted in damage within the United States, or outside the United States in the case of (I) an air carrier or vessel described in paragraph (5)(B); or (II) the premises of a United States mission; and (iv) to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion." Section 102(1)(B) states, "No act shall be certified by the Secretary as an act of terrorism if (I) the act is committed as part of the course of war declared by the Congress, except that this clause shall not apply with respect to any coverage for workers' compensation; or (ii) property and casualty insurance losses resulting from the act, in the aggregate, do not exceed $5,000,000." Section 102(1)(C)and (D) specify that the determinations are final and not subject to judicial review and that the Secretary of the Treasury cannot delegate the determination to anyone.

CL 1045 06 06

Copyright, American Association of Insurance Services, Inc., 2006



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.

ADDITIONAL INSURED/MORTGAGEE SCHEDULE:

LOC'S 1 THRU 5:

CIBC INC, IT'S SUCCESSORS AND/OR ASSIGNS ATIMA
300 MADISION, 8TH FLOOR
NEW YORK, NY  10017-6024

MORTGAGEE:
LOC'S 1 THRU 5

WELLS FARGO BANK, NA COMMERCIAL MORTGAGE
SERVICING
PO BOX 6087
CONCORD, CA  94524

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective                                            this endorsement forms a part of Policy No.

Issued to

By

Date of Issue                    Countersigned by _____
                                                          Authorized Representative of the Company

**221-0163 (10-03)**

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.