```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

|  |  |
|---|---|
| TENALOK PARTNERS LTD., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 13-2565-Ma |
|  | ) |
| MASSCHUSETTS BAY INSURANCE | ) |
| COMPANY, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**ORDER ON JURY VERDICT**

This action came on for trial before the Court and a jury on January 20, 2015, the Honorable Samuel H. Mays, Jr., U.S. District Judge, presiding;

The plaintiff was represented by counsel, Mr. Michael W. Duffy and Mr. John W. Owen.  The defendant was represented by counsel, Mr. Mark C. Dodart and Mr. John Edward Anderson.

After hearing all proof presented, arguments of counsel and jury charge, the jury began deliberations on January 27, 2015.  Thereafter, the jury returned into open court on January 27, 2015 with a verdict in favor of the defendant and against the plaintiff.

The jurors were polled individually and discharged.

ENTERED this 27th day of January, 2015.

                                           *s/ Samuel H. Mays, Jr.*
                                         SAMUEL H. MAYS, JR.
                                         UNITED STATES DISTRICT JUDGE