```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

**TENALOK PARTNERS LTD.,**

    **Plaintiff,**

                                                                    Cv. No. 13-2565-Ma

v.

**MASSACHUSETTS BAY INSURANCE COMPANY,**

    **Defendant.**

# JUDGMENT

    This action came on for trial before the Court and a jury on January 20, 2015, the Honorable Samuel H. Mays, Jr., United States District Judge, presiding;

    After due deliberation and consideration of the proof presented, the jury returned a verdict on January 27, 2015, in favor of defendant and against the plaintiff.

    **IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff, Tenalok Partners LTD., take nothing and that this action is dismissed on the merits.

**APPROVED:**


 S/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| January 27, 2015 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | s/ Zandra Frazier |
| | (By) DEPUTY CLERK |